**ROMANDO, TUCKER, ZIRULNIK & SHERLOCK**
72 Eagle Rock Avenue
P.O. Box 1952
East Hanover, NJ 07936-1952
973-428-1600
Attorneys for Defendant KOOK AND SON, INC.

**UNITED STATES DISTRICT COURT**
**NEWARK DISTRICT COURT**

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY a/s/o Lubert Adler<br><br>Plaintiff(s),<br><br>vs.<br><br>KOOK AND SON, INC.<br><br>Defendant(s). | UNITED STATES DISTRICT COURT<br>NEWARK DISTRICT COURT<br><br>Civil Action No. 07-6036(KSH)<br><br>**ORDER PERMITTING DEFENDANT TO FILE AN ANSWER OUT OF TIME** ~~AND DENYING PLAINTIFF'S MOTION~~ |

THIS MATTER having been opened to the Court by Sheps Law Group, Robert Sheps appearing, for an Order to enter default judgment against defendant Kook and Son, Inc. and Romando, Tucker, Zirulnik & Sherlock, Michael A. O'Hara, Esq. appearing on behalf of defendant Kook and Son, Inc., in opposition to plaintiff's motion and by cross-motion seeking an Order permitting defendant to file an Answer out of time, and the Court having reviewed the moving papers submitted, and any opposition thereto, *& finding excusable neglect on defendant's part,* and for good cause appearing;

IT IS on this 6th day of May, 2008,

ORDERED that the time for defendant, KOOK AND SON, INC. to file an answer shall be enlarged pursuant to Fed. R. Civ. P 6(b) and further, that defendant KOOK AND SON, INC. shall be permitted to file an answer out of time. The Answer shall be served within 30 days of the entry of this Order; and

IT IS FURTHER ORDERED that any Default entered against defendant KOOK AND SON<INC. is hereby vacated; and

IT IS FURTHER ORDERED that plaintiff's motion seeking to enter default judgment against KOOK AND SON, INC. is hereby ~~denied~~ *Moot*; and ✱

IT IS FURTHER ORDERED that a copy of the within Order shall be served upon all counsel within 3 days of the date of this Order.

_____ Katharine S. Hayden, USDJ

_____ Opposed   _____ Unopposed

✱ It is further ORDERED that Counsel appear before Magistrate Judge Patty Shwartz for an initial R.16 Conference on July 17, 2008 at 1:00 p.m.